LORRAINE COX, Judgment-Creditor-Respondent, v. RALPH COX, JR., Judgment Debtor. UNITED STATES OVERSEAS AIRLINES, INC., Third-Party Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument in all respects denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Bastow and Botein, JJ. [See 283 App. Div. 1029.]

■

RAY ZILBOORG v. GREGORY ZILBOORG.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See 283 App. Div. 942.]

■

STATE OF OHIO v. WILLCOX CONSTRUCTION COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Breitel and Botein, JJ. [See 283 App. Div. 856.]

4

NEW YORK CITY CHAPTER OF THE CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., et al., v. CIVIL SERVICE EMPLOYEES ASSOCIATION, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See 283 App. Div. 918.]

■

In the Matter of the Arbitration between ASSOCIATED METALS & MINERALS CORPORATION, and FAHRUNISSA OGELMAN et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See 283 App. Div. 1036.]

■

CONE EXPORT & COMMISSION CO., INC., v. S. & S. GARMENTS, INC.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Breitel and Bergan, JJ. [See 283 App. Div. 932; post, p. 845.]

■

In the Matter of the Estate of ABRAHAM A. SAHADI, Deceased. GEORGE A. SAHADI, as Executor of ABRAHAM A. SAHADI, Deceased, Respondent; ZAKIA SAHADI, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See 283 App. Div. 1012.]

■

WARWICK HOTEL PHARMACY, INC., et al., v. KAYE-BEE PHARMACY, INC., et al. — Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Bastow and Botein, JJ. [See 283 App. Div. 1015.]

■

GERALDINE H. KENNEDY v. HARRY H. KENNEDY.— Motion for reargument denied, with $10 costs. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ. [See 283 App. Div. 1040.]